UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Groover , <br><br>        Plaintiff, <br><br>  v. <br><br>Ford Motor Company <br><br>        Defendant. | Case No.  1:22-cv-00347-JLT-BAM <br><br>**JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED in accordance with the Notice of Acceptance with Offer of Judgment filed 07/05/2023.

July 6, 2023

KEITH HOLLAND, CLERK

By: /s/  R. Gonzalez,
Deputy Clerk