# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GROOVER,<br><br>    Plaintiff,<br><br>    vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>    Defendant. | Case No.: 1:22-cv-00347-JLT-BAM<br><br>District Judge: Jennifer L. Thurston<br><br>[PROPOSED] ORDER |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff JAMES GROOVER ("Plaintiff") and Defendant FORD MOTOR COMPANY have agreed FORD MOTOR COMPANY will pay $13,000.00 to resolve Plaintiffs' attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to satisfy reasonable fees, costs and expenses for $13,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiff within 60 days of entry of this Order.

IT IS SO ORDERED.

Dated:   **September 27, 2023**

_____
UNITED STATES DISTRICT JUDGE

---

1

**[PROPOSED] ORDER**