# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GROOVER,<br><br>    Plaintiffs,<br><br>    v.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>    Defendant. | Case No.: 1:22-CV-00347-JLT-BAM<br><br>Hon. Jennifer L Thurston<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR DISMISSAL** |

Plaintiffs have requested dismissal of this case with prejudice, given that the parties have settled all remaining issues and satisfied the terms of the settlement(s).

Good cause appearing, the Court therefore **ORDERS**:

1. This matter is **DISMISSED WITH PREJUDICE**.[1]
2. The case shall remain **CLOSED**.

IT IS SO ORDERED.

Dated:   **August 27, 2024**

                                       UNITED STATES DISTRICT JUDGE

---

[1] Because judgment has already been entered (Doc. 30) based on Plaintiffs' acceptance of a Rule 68 Offer of Judgment (Doc. 29), the Clerk of Court need not enter judgment again. This order merely clarifies that the disposition of the claims is with prejudice.